Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email:  asegal@bhfs.com
           bcloveland@bhfs.com

*Attorneys for Defendants Wilson-McShane Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLEN LERNER INJURY ATTORNEYS, a Nevada Corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>LAKE MEAD EMERGENCY PHYSICIANS, LLC, a Nevada Limited Liability Company; CMRE FINANCIAL SERVICES, INC., a California Corporation; NORTH VISTA HOSPITAL, INC., a Delaware Corporation; ORSOSITO, LIMITED LIABILITY COMPANY, a Nevada Limited Liability Company d/b/a COMPLETE CARE MEDICAL CENTER; JAGET, LTD., a Nevada Corporation d/b/a SPINAL REHABILITATION CENTERS; CHW NEVADA IMAGING COMPANY, LLC, a Nevada Limited Liability Company d/b/a NEVADA IMAGING CENTERS; HEALTHCARE SYSTEMS, INC., a Washington Corporation d/b/a HSI; AGATA-VENGER PARTNERSHIP, LLP, a Nevada Limited Liability Partnership d/b/a WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada Limited Liability Company; SUNRISE MOUNTAINVIEW HOSPITAL, INC., a Nevada Corporation; WEST VALLEY IMAGING LIMITED PARTNERSHIP, | CASE NO.<br><br>**PETITION FOR REMOVAL** |

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

| | |
|---|---|
| 1 | a Nevada Limited Partnership; NEVADA CREDICO, INC., a Nevada Corporation d/b/a QUANTUM COLLECTIONS; CENTENNIAL PAIN RELIEF NETWORK, INC., a Nevada Corporation d/b/a CENTENNIAL SPINE & PAIN; MOUNTAIN REHABILITATION SERVICES; MOIHARWIN DIVERSIFIED CORPORATION, a Nevada Corporation d/b/a VEGAS VALLEY COLLECTION SERVICE; LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATION, LLP, a Nevada Limited Liability Partnership; DESERT ORTHOPAEDIC CENTER, LTD., a Nevada Corporation; ORTHOPAEDIC MOTION, INC., a Nevada Corporation; CANYON MEDICAL BILLING, LLC, a Nevada Limited Liability Company; MED-CARE SOLUTIONS, LLC, a Nevada Limited Liability Company; NEW CENTURY REHABILITATION, LLC, Nevada Limited Liability Company d/b/a MATT SMITH PHYSICAL THERAPY; SDMI LIMITED PARTNERSHIP, a Nevada Limited Partnership d/b/a STEINBERG DIAGNOSTICS; KEY HEALTH MEDICAL SOLUTIONS, INC., a California Corporation; RED ROCK DIAGNOSTICS, a Nevada Limited Liability Company; BRIAN A. LEMPER, D.O., a Nevada Corporation; CARE REHAB AND ORTHPAEDIC PRODUCTS, INC., a Virginia Corporation d/b/a/ PROGENIX; JOSEPH J. SCHIFINI, M.D., LTD., a Nevada Corporation; RADAR MEDICAL GROUP, LLP, a Nevada Limited Liability Partnership; DIAGNOSTIC IMAGING OF SOUTHERN NEVADA LIMITED PARTNERSHIP, a Nevada Limited Partnership; INSTITUTE OF ORTHOPAEDIC SURGERY, LLC, a Nevada Limited Liability Company; NEVADA ORTHOPAEDIC & SPINE CENTER, LLP, a Nevada Limited Liability Partnership; JEFFREY D. GROSS, M.D., INC., a California Corporation d/b/a COMPREHENSIVE INJURY INSTITUTE; OASIS WELLNESS CENTER, LLC, a California Limited Liability Corporation; PAIN INSTITUTE OF NEVADA, INC., Nevada Corporation; JORGENSON & KOKA, LLP, a Nevada Limited Liability Partnership d/b/a PRIMARY CARE CONSULTANTS; CARDIO VASCULAR PLUS, INC., a California | |

2

1  Corporation; NATIONWIDE CREDIT
2  RECOVERY, a California corporation; TOM
   BROOKS LLC, a Nevada Limited Liability
3  Company d/b/a TOM BROOKS PHYSICAL
   THERAPY & SPORTS MEDICINE; PRACTICE
4  ADMINISTRATIVE CONSULTANTS, a
   California Corporation d/b/a COAST
5  RADIOLOGY AND IMAGING; DIOGENES
   ANESTHESIA MEDICAL GROUP, INC., a
6  California Corporation; NATIONAL INTRA-
   OPERATIVE MONITORING; PACIFIC
7  HOSPITAL OF LONG BEACH; JOJASO
   MANAGEMENT, INC., a Nevada Corporation;
8  PROGRESSIVE MOTION, INC., a Nevada
9  Corporation; MEDICAL INVESTMENT, INC., a
   Nevada Corporation d/b/a PURE MEDICAL
10 EQUIPMENT; VALLEY VIEW SURGERY
   CENTER, LIMITED PARTNERSHIP, a Nevada
11 Limited Partnership d/b/a MEDICAL DISTRICT
   SURGERY; MISSION HEALTHCARE
12 SERVICES, INC., a California Corporation; LAS
   VEGAS RADIOLOGY, LLC, a Nevada Limited
13 Liability Company; MEDICAL STRATEGY
   MANAGEMENT, INC., a Nevada Corporation;
14 LUKE R. WATSON, M.D., INC., a California
15 Corporation; WILSON-MCSHANE
   CORPORATION, a Minnesota Corporation; ACS
16 RECOVERY SERVICES, INC., an Illinois
   Corporation; HEALTH PLAN OF NEVADA,
17 INC., a Nevada Corporation; DOES I-V; and ROE
18 CORPORATIONS I-V;
19                                                    Defendants.
20

21       Defendant Wilson-McShane Corporation ("Wilson"), on behalf of the Construction
22 Industry and Laborers Health and Welfare Trust (the "Trust"), respectfully submits this Notice of
23 Removal of the above-entitled action from the District Court of Clark County, Nevada to the
24 United States District Court for the District of Nevada, pursuant to 28 U.S.C. §§ 1331, 1441(a),
25 1446, and 29 U.S.C. § 1132(e), and states as follows:
26       On April 17, 2013, Plaintiff Glen Lerner Injury Attorneys filed a Complaint in
27 Interpleader action against Wilson in District Court, Clark County, Nevada, styled as *Glen Lerner
28 Injury Attorneys, Plaintiffs v. Lake Mead Emergency Physicians, LLC, et al., Defendants,* Case

No. A-13-680317-C, Dept. No. XIV, to, among other things, adjudicate the Trust's subrogation, lien, repayment, trust and assignment rights stemming from health benefits paid by the Trust on Dina Hamilton's behalf as a result of injuries suffered on January 5, 2007 ("the Incident").

On April 30, 2013, Wilson was served with a Summons and Complaint in the above entitled action. A true copy of the Summons and Complaint are attached as Exhibits A and B.

At the time of the Incident, Ms. Hamilton was a participant in the Trust's health and welfare benefit plan, providing health care benefits to its eligible participants and their eligible dependents (the "Plan").

The Plan is an employee welfare benefit plan as defined under the Employee Retirement Income Security Act of 1974, as codified at 29 U.S.C. § 1001, *et seq.* ("ERISA").

Removal of this case is proper because Congress has given exclusive jurisdiction to Federal Courts to enforce terms of an ERISA Plan. ERISA § 502(e), as codified at 29 U.S.C. § 1132(e)(1) provides:

> [T]he district courts of the United States shall have exclusive jurisdiction of civil actions under this subchapter brought by the Secretary or by a participant, beneficiary, fiduciary, or any person referred to in section 1021(f)(1) of this title.

ERISA § 502(f), as codified at 29 U.S.C. § 1132(f) provides:

> The district courts of the United States have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in subsection (a) of this section in any action.

All pleadings and papers that were filed and served on Wilson have been attached to this Notice of Removal in accordance with 28 U.S.C. § 1446(a).

This Petition for Removal is filed with the District Court within thirty (30) days after service of the Complaint on Wilson.

The undersigned attorney certifies that he has caused a copy of the original Notice of Removal to be filed with the Clerk of the Clark County District Court, State of Nevada.

4

WHEREFORE, Wilson respectfully requests this Court to assume jurisdiction over the case herein, as provided by law.

Dated this 21st day of May, 2013.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Wilson-McShane Corporation*

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 21st day of May, 2013, I served a true copy of the foregoing **PETITION FOR REMOVAL** upon:

Justin G. Randall, Esq.
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, NV 89147
jrandall@glenlerner.com

*Attorney for Plaintiffs*

☒   **BY CM/ECF System.**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

020052\0003\10358429.1