# EXHIBIT A

1   SUMM
    Justin G. Randall, Esq.
2   Nevada Bar No. 12476
    GLEN LERNER INJURY ATTORNEYS
3   4795 South Durango Drive
    Las Vegas, Nevada 89147
4   (702) 877-1500
    jrandall@glenlerner.com
5   Attorneys for Plaintiff

                        DISTRICT COURT
6
                     CLARK COUNTY, NEVADA
7

8   GLEN LERNER INJURY ATTORNEYS, a Nevada       )
    Corporation,                                 )
9                                                )
                Plaintiffs,                      )   CASE NO. A 680317
10                                               )   DEPT. NO.   XIV
    v.                                           )
11                                               )
    LAKE MEAD EMERGENCY PHYSICIANS, LLC, a Nevada )
12  Limited Liability Company; CMRE FINANCIAL SERVICES, )
    INC., a California Corporation; NORTH VISTA HOSPITAL, )
13  INC., a Delaware Corporation; ORSOSITO, LIMITED )
    LIABILITY COMPANY, a Nevada Limited Liability Company )
14  d/b/a COMPLETE CARE MEDICAL CENTER;  JAGET, )       **SUMMONS**
    LTD., a Nevada Corporation d/b/a SPINAL      )
15  REHABILITATION CENTERS; CHW NEVADA IMAGING   )
    COMPANY, LLC, a Nevada Limited Liability Company d/b/a )
16  Nevada Imaging Centers; HEALTHCARE SYSTEMS, INC., a )
    Washington Corporation d/b/a HSI;  AGATA/VENGER )
17  PARTNERSHIP, LLP, a Nevada Limited Liability Partnership )
    d/b/a WESTERN REGIONAL CENTER FOR BRAIN AND  )
18  SPINE SURGERY; CLARK COUNTY COLLECTION       )
    SERVICE, LLC, a Nevada Limited Liability Company; )
19  SUNRISE MOUNTAINVIEW HOSPITAL, INC., a Nevada )
    Corporation; WEST VALLEY IMAGING LIMITED     )
20  PARTNERSHIP, a Nevada Limited Partnership; NEVADA )
    CREDICO, INC., a Nevada Corporation d/b/a QUANTUM )
21  COLLECTIONS; CENTENNIAL PAIN RELIEF NETWORK, )
    INC., a Nevada Corporation d/b/a CENTENNIAL SPINE & )
22  PAIN; MOUNTAIN REHABILITATION SERVICES;      )
    MOIHARWIN DIVERSIFIED CORPORATION, a Nevada  )
23  Corporation d/b/a VEGAS VALLEY COLLECTION    )
    SERVICE; LAS VEGAS NEUROSURGERY              )
24  ORTHOPAEDICS AND REHABILITATION, LLP, a Nevada )
    Limited Liability Partnership; DESERT ORTHOPAEDIC )
25  CENTER, LTD., a Nevada Corporation; ORTHOPEDIC )
    MOTION, INC., a Nevada Corporation; CANYON MEDICAL )
26  BILLING, LLC, a Nevada Limited Liability Company; MED- )
    CARE SOLUTIONS, LLC, a Nevada Limited Liability )
27  Company; NEW CENTURY REHABILITATION, LLC, a  )
    Nevada Limited Liability Company d/b/a MATT SMITH )
28

                              - 1 -

                                                    Re: Dina Hamilton

| | |
|---|---|
| 1 | PHYSICAL THERAPY; SDMI LIMITED PARTNERSHIP, A |
| | NEVADA LIMITED PARTNERSHIP d/b/a STEINBERG |
| 2 | DIAGNOSTICS; KEY HEALTH MEDICAL SOLUTIONS, |
| 3 | INC., a California Corporation; RED ROCK DIAGNOSTICS; a |
| | Nevada Limited Liability Company; BRIAN A. LEMPER, D.O., |
| 4 | a Nevada Corporation; CARE REHAB AND ORTHOPAEDIC |
| | PRODUCTS, INC., a Virginia Corporation d/b/a PROGENIX; |
| 5 | JOSEPH J. SCHIFINI, M.D., LTD., a Nevada Corporation; |
| | RADAR MEDICAL GROUP, LLP, a Nevada Limited Liability |
| 6 | Partnership; DIAGNOSTIC IMAGING OF SOUTHERN |
| | NEVADA LIMITED PARTNERSHIP, a Nevada Limited |
| 7 | Partnership; INSTITUTE OF ORTHOPAEDIC SURGERY, |
| 8 | LLC, a Nevada Limited Liability Company; NEVADA |
| | ORTHOPEDIC & SPINE CENTER, LLP, a Nevada Limited |
| 9 | Liability Partnership; JEFFREY D. GROSS, M.D., INC., a |
| | California Corporation d/b/a COMPREHENSIVE INJURY |
| 10 | INSTITUTE; OASIS WELLNESS CENTER, LLC, a California |
| | Limited Liability Corporation; PAIN INSTITUTE OF |
| 11 | NEVADA, INC., a Nevada Corporation; JORGENSON & |
| 12 | KOKA, LLP, a Nevada Limited Liability Partnership d/b/a |
| | PRIMARY CARE CONSULTANTS; CARDIO VASCULAR |
| 13 | PLUS, INC., a California Corporation; NATIONWIDE CREDIT |
| | RECOVERY, a California Corporation; TOM BROOKS LLC; a |
| 14 | Nevada Limited Liability Company d/b/a TOM BROOKS |
| | PHYSICAL THERAPY & SPORTS MEDICINE; PRACTICE |
| 15 | ADMINISTRATIVE CONSULTANTS, a California |
| 16 | corporation d/b/a COAST RADIOLOGY AND IMAGING; |
| | DIOGENES ANESTHESIA MEDICAL GROUP, INC., a |
| 17 | California Corporation; NATIONAL INTRA-OPERATIVE |
| | MONITORING; PACIFIC HOSPITAL OF LONG BEACH; |
| 18 | JOJASO MANAGEMENT, INC., a Nevada Corporation; |
| | PROGRESSIVE MOTION, INC., a Nevada Corporation; |
| 19 | MEDICAL INVESTMENT, INC., a Nevada Corporation d/b/a |
| | PURE MEDICAL EQUIPMENT; VALLEY VIEW SURGERY |
| 20 | CENTER, LIMITED PARTNERSHIP, a Nevada Limited |
| | Partnership f/k/a MEDICAL DISTRICT SURGERY; MISSION |
| 21 | HEALTHCARE SERVICES, INC., a California Corporation; |
| | LAS VEGAS RADIOLOGY, LLC, a Nevada Limited Liability |
| 22 | Company; MEDICAL STRATEGY MANAGEMENT, INC., a |
| | Nevada Corporation; LUKE R. WATSON, M.D., INC., a |
| 23 | California Corporation; WILSON-McSHANE |
| 24 | CORPORATION, a Minnesota Corporation; ACS RECOVERY |
| | SERVICES, INC., an Illinois Corporation; HEALTH PLAN OF |
| 25 | NEVADA, INC., a Nevada Corporation; DOES I – V; and ROE |
| | CORPORATIONS I – V; |
| 26 | Defendants. |
| 27 | |
| 28 | ... |

- 2 –

1  NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR
2  BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION BELOW.

3  ## WILSON-McSHANE CORPORATION

4  TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in
5  the Complaint.

6  1.    If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day
   of service, you must do the following:
7        a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the
               Complaint in accordance with the rules of the Court, with the appropriate filing fee.
8        b.    Serve a copy of your response upon the attorney whose name and address is shown below.

9  2.    Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter
   a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or
10 property or other relief requested in the Complaint.

11 3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response
12 may be filed on time.

13 4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission
   members and legislators, each have 45 days after service of this summons within which to file an answer or other
14 responsive pleading to the complaint.

15 Issued at the direction of:                         CLERK OF THE COURT

16                                                     _____      APR 19 2013
17 _____                   DEPUTY CLERK                          DATE
18 Justin G. Randall, Esq.                             200 Lewis Avenue, 5th Floor
   Nevada Bar No. 12476                                Las Vegas, Nevada 89155-1601
19 4795 South Durango Drive                            Katherine Cardenas
   Las Vegas, Nevada 89147
20 Attorneys for Plaintiff

21

22

23

24

25

26

27

28

- 3 -

Re: Dina Hamilton

STATE OF NEVADA          )
                         ) ss:                              **AFFIDAVIT OF SERVICE**
COUNTY OF CLARK          )

_____ being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received the Summons and Complaint, on the _____ day of _____, 2013 and served the same on the _____ day of _____, 2013 by:

(Affiant must complete the appropriate paragraph)

1.  Delivering and leaving a copy with the Defendant _____at (state address) _____.

2.  Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) _____.

(Use paragraph 3 for service upon agent, completing A or B)

3.  Serving the Defendant _____ By personally delivering and leaving a copy at (state address) _____.

    a.  With _____ as _____, an agent lawfully designated by statute to accept service of process;

    b.  With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4.  Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (Check appropriate method):

    _____ Ordinary mail
    _____ Certified mail, return receipt requested
    _____ Registered mail, return receipt requested
    addressed to the defendant _____ at Defendant's last known address, which is (state address) _____.

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2013.

                                            _____
                                            Signature of person making service

NOTARY PUBLIC in and for the
County of Clark, State of Nevada

- 4 -

Re: Dina Hamilton

# EXHIBIT B

Electronically Filed
04/17/2013 03:20:08 PM

*[signature]*

CLERK OF THE COURT

1   CII
2   Justin G. Randall, Esq.
    Nevada Bar No. 12476
3   GLEN LERNER INJURY ATTORNEYS
    4795 South Durango Drive
4   Las Vegas, Nevada 89147
5   (702) 877-1500
    Fax:  (702) 933-7043
6   jrandall@glenlerner.com
    Attorney for Plaintiffs
7                                    DISTRICT COURT

8                                CLARK COUNTY, NEVADA

9

10  GLEN LERNER INJURY ATTORNEYS, a Nevada
    Corporation,
11                                                 )
                   Plaintiffs,                     )   CASE NO. A-13-680317-C
12                                                 )   DEPT. NO.   XIV
       v.                                          )
13                                                 )
    LAKE MEAD EMERGENCY PHYSICIANS, LLC, a Nevada  )
14  Limited Liability Company; CMRE FINANCIAL SERVICES, )
    INC., a California Corporation; NORTH VISTA HOSPITAL, )
15  INC., a Delaware Corporation; ORSOSITO, LIMITED )
    LIABILITY COMPANY, a Nevada Limited Liability Company )
16  d/b/a COMPLETE CARE MEDICAL CENTER;  JAGET, )
    LTD., a Nevada Corporation d/b/a SPINAL        )   COMPLAINT IN INTERPLEADER
17  REHABILITATION CENTERS; CHW NEVADA IMAGING     )   Action in Equity
    COMPANY, LLC, a Nevada Limited Liability Company d/b/a )   Exemption from Arbitration Requested
18  Nevada Imaging Centers; HEALTHCARE SYSTEMS, INC., a )
    Washington Corporation d/b/a HSI;  AGATA/VENGER )
19  PARTNERSHIP, LLP, a Nevada Limited Liability Partnership )
    d/b/a WESTERN REGIONAL CENTER FOR BRAIN AND    )
20  SPINE SURGERY; CLARK COUNTY COLLECTION         )
    SERVICE, LLC, a Nevada Limited Liability Company; )
21  SUNRISE MOUNTAINVIEW HOSPITAL, INC., a Nevada  )
    Corporation; WEST VALLEY IMAGING LIMITED       )
22  PARTNERSHIP, a Nevada Limited Partnership; NEVADA )
    CREDICO, INC., a Nevada Corporation d/b/a QUANTUM )
23  COLLECTIONS; CENTENNIAL PAIN RELIEF NETWORK,   )
    INC., a Nevada Corporation d/b/a CENTENNIAL SPINE & )
24  PAIN; MOUNTAIN REHABILITATION SERVICES;        )
    MOIHARWIN DIVERSIFIED CORPORATION, a Nevada    )
25  Corporation d/b/a VEGAS VALLEY COLLECTION      )
    SERVICE; LAS VEGAS NEUROSURGERY                )
26  ORTHOPAEDICS AND REHABILITATION, LLP, a Nevada )
    Limited Liability Partnership; DESERT ORTHOPAEDIC )
27  CENTER, LTD., a Nevada Corporation; ORTHOPEDIC )
    MOTION, INC., a Nevada Corporation; CANYON MEDICAL )
28

                                     – 1 –

Re: Dina Hamilton

| | |
|---|---|
| 1 | BILLING, LLC, a Nevada Limited Liability Company; MED- |
| 2 | CARE SOLUTIONS, LLC, a Nevada Limited Liability Company; NEW CENTURY REHABILITATION, LLC, a |
| 3 | Nevada Limited Liability Company d/b/a MATT SMITH PHYSICAL THERAPY; SDMI LIMITED PARTNERSHIP, A |
| 4 | NEVADA LIMITED PARTNERSHIP d/b/a STEINBERG DIAGNOSTICS; KEY HEALTH MEDICAL SOLUTIONS, |
| 5 | INC., a California Corporation; RED ROCK DIAGNOSTICS, a Nevada Limited Liability Company; BRIAN A. LEMPER, D.O., |
| 6 | a Nevada Corporation; CARE REHAB AND ORTHOPAEDIC PRODUCTS, INC., a Virginia Corporation d/b/a PROGENIX; |
| 7 | JOSEPH J. SCHIFINI, M.D., LTD., a Nevada Corporation; RADAR MEDICAL GROUP, LLP, a Nevada Limited Liability |
| 8 | Partnership; DIAGNOSTIC IMAGING OF SOUTHERN NEVADA LIMITED PARTNERSHIP, a Nevada Limited |
| 9 | Partnership; INSTITUTE OF ORTHOPAEDIC SURGERY, |
| 10 | LLC, a Nevada Limited Liability Company; NEVADA ORTHOPEDIC & SPINE CENTER, LLP, a Nevada Limited |
| 11 | Liability Partnership; JEFFREY D. GROSS, M.D., INC., a California Corporation d/b/a COMPREHENSIVE INJURY |
| 12 | INSTITUTE; OASIS WELLNESS CENTER, LLC, a California Limited Liability Corporation; PAIN INSTITUTE OF |
| 13 | NEVADA, INC., a Nevada Corporation; JORGENSON & KOKA, LLP, a Nevada Limited Liability Partnership d/b/a |
| 14 | PRIMARY CARE CONSULTANTS; CARDIO VASCULAR |
| 15 | PLUS, INC., a California Corporation; NATIONWIDE CREDIT RECOVERY, a California Corporation; TOM BROOKS LLC, a |
| 16 | Nevada Limited Liability Company d/b/a TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE; PRACTICE |
| 17 | ADMINISTRATIVE CONSULTANTS, a California corporation d/b/a COAST RADIOLOGY AND IMAGING; |
| 18 | DIOGENES ANESTHESIA MEDICAL GROUP, INC., a California Corporation; NATIONAL INTRA-OPERATIVE |
| 19 | MONITORING; PACIFIC HOSPITAL OF LONG BEACH; JOJASO MANAGEMENT, INC., a Nevada Corporation; |
| 20 | PROGRESSIVE MOTION, INC., a Nevada Corporation; MEDICAL INVESTMENT, INC., a Nevada Corporation d/b/a |
| 21 | PURE MEDICAL EQUIPMENT; VALLEY VIEW SURGERY CENTER, LIMITED PARTNERSHIP, a Nevada Limited |
| 22 | Partnership f/k/a MEDICAL DISTRICT SURGERY; MISSION HEALTHCARE SERVICES, INC., a California Corporation; |
| 23 | LAS VEGAS RADIOLOGY, LLC, a Nevada Limited Liability |
| 24 | Company; MEDICAL STRATEGY MANAGEMENT, INC., a Nevada Corporation; LUKE R. WATSON, M.D., INC., a |
| 25 | California Corporation; WILSON-McSHANE |
| 26 | CORPORATION, a Minnesota Corporation; ACS RECOVERY SERVICES, INC., an Illinois Corporation; HEALTH PLAN OF |
| 27 | NEVADA, INC., a Nevada Corporation; DOES I – V; and ROE CORPORATIONS I – V; |
| 28 | |

Defendants.

Re: Dina Hamilton

1   COMES NOW the Plaintiff, GLEN LERNER INJURY ATTORNEYS, by and through its counsel

2   of record, Justin G. Randall, Esq., of the law firm of GLEN LERNER INJURY ATTORNEYS, and brings

3   this Complaint in Interpleader under Rule 22 of the Nevada Rules of Civil Procedure and for such causes of

4   action alleges:

5

6                                                I.

7       At all times relevant hereto, Plaintiff GLEN LERNER INJURY ATTORNEYS was and is a Nevada

8   Professional Corporation duly organized and existing under the laws of the State of Nevada.

9                                               II.

10

11     · Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

12  LAKE MEAD EMERGENCY PHYSICIANS, LLC was and is a Nevada Limited Liability Company, duly

13  organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

14                                              III.

15     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

16
    CMRE FINANCIAL SERVICES, INC. was and is a California corporation, existing under the laws of the
17

18  State of Nevada and doing business in Clark County, Nevada.

19                                              IV.

20     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

21
    NORTH VISTA HOSPITAL, INC. was and is a Delaware corporation, existing under the laws of the State
22

23  of Nevada and doing business in Clark County, Nevada.

24  . . .

25  . . .

26  . . .

27

28

                                          - 3 -

Re: Dina Hamilton

**V.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant ORSOSITO, LIMITED LIABILITY COMPANY was and is a Nevada Limited Liability Company d/b/a COMPLETE CARE MEDICAL CENTER, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**VI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant JAGET, LTD. was and is a Nevada corporation d/b/a SPINAL REHABILITATION CENTERS, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**VII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant CHW NEVADA IMAGING COMPANY, LLC was and is a Nevada Limited Liability Company d/b/a Nevada Imaging Centers, duly organized and  existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**VIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant HEALTHCARE SYSTEMS, INC. was and is a Washington corporation d/b/a HIS, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**IX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant AGATA/VENGER PARTNERSHIP, LLP was and is a Nevada Limited Liability Partnership d/b/a WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

Re: Dina Hamilton

**X.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant CLARK COUNTY COLLECTION SERVICE, LLC was and is a Nevada Limited Liability Company, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant SUNRISE MOUNTAINVIEW HOSPITAL, INC. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant WEST VALLEY IMAGING LIMITED PARTNERSHIP was and is a Nevada Limited Partnership, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant NEVADA CREDICO, INC. was and is a Nevada Corporation d/b/a QUANTUM COLLECTIONS, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XIV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant CENTENNIAL PAIN RELIEF NETWORK, INC. was and is a Nevada Corporation d/b/a CENTENNIAL SPINE & PAIN, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

. . .

. . .

Re: Dina Hamilton

**XV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant MOUNTAIN REHABILITATION SERVICES was and is a duly licensed establishment practicing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant MOIHARWIN DIVERSIFIED CORPORATION was and is a Nevada Corporation d/b/a VEGAS VALLEY COLLECTION SERVICE, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XVII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATINO, LLP was and is a Nevada Limited Liability Partnership, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XVIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant DESERT ORTHOPAEDIC CENTER, LTD. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XIX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant ORTHOPEDIC MOTION, INC. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

. . .

— 6 —

Re: Dina Hamilton

**XX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant CANYON MEDICAL BILLING, LLC was and is a Nevada Limited Liability Company, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant MED-CARE SOLUTIONS, LLC was and is a Nevada Limited Liability Company, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant NEW CENTURY REHABILITATION, LLC was and is a Nevada Limited Liability Company d/b/a MATT SMITH PHYSICAL THERAPY, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant SDMI LIMITED PARTNERSHIP, A NEVADA LIMITED PARTNERSHIP was and is a Nevada Limited Partnership d/b/a STEINBERG DIAGNOSTICS, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXIV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant KEY HEALTH MEDICAL SOLUTIONS, INC. was and is a California Corporation, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

. . .

Re: Dina Hamilton

**XXV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant RED ROCK DIAGNOSTICS was and is a Nevada Limited Liability Company, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant BRIAN A. LEMPER, D.O. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXVII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant CARE REHAB AND ORTHOPAEDIC PRODUCTS, INC. was and is a Virginia Corporation d/b/a PROGENIX, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXVIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant JOSEPH J. SCHIFINI, M.D., LTD. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXIX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant RADAR MEDICAL GROUP, LLP was and is a Nevada Limited Liability Partnership, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant DIAGNOSTIC IMAGING OF SOUTHERN NEVADA LIMITED PARTNERSHIP was and is a Nevada

1  Limited Partnership, duly organized and existing under the laws of the State of Nevada and doing business

2  in Clark County, Nevada.

3
                                           XXXI.
4

5      Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

6  INSTITUTE OF ORTHOPAEDIC SURGERY, LLC was and is a Nevada Limited Liability Company, duly

7  organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

8
                                           XXXII.
9

10     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

11 NEVADA ORTHOPEDIC & SPINE ENTER, LLP was and is a Nevada Limited Liability Partnership, duly

12 organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

13
                                           XXXIII.
14

15     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

16 JEFFREY D. GROSS, M.D., INC. was and is a California Corporation d/b/a COMPREHENSIVE INJURY

17 INSTITUTE, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

18
                                           XXXIV.
19

20     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

21 OASIS WELLNESS CENTER, LLC was and is a California Limited Liability Corporation, existing under

22 the laws of the State of Nevada and doing business in Clark County, Nevada.

23
                                           XXXV.
24

25     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

26 PAIN INSTITUTE OF NEVADA, INC. was and is a Nevada Corporation, duly organized and existing

27 under the laws of the State of Nevada and doing business in Clark County, Nevada.

28 . . .

Re: Dina Hamilton

**XXXVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant JORGENSON & KOKA, LLP was and is a Nevada Limited Liability Partnership d/b/a PRIMARY CARE CONSULTANTS, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXXVII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant CARDIO VASCULAR PLUS, INC. was and is a California Corporation, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXXVIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant NATIONWIDE CREDIT RECOVERY was and is a California Corporation, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XXXIX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant TOM BROOKS LLC was and is a Nevada Limited Liability Company d/b/a TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XL.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant PRACTICE ADMINISTRATIVE CONSULTANTS was and is a California Corporation d/b/a COAST RADIOLOGY AND IMAGING, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

Re: Dina Hamilton

**XLI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant DIOGENES ANESTHESIA MEDICAL GROUP was and is a California Corporation, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XLII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant NATIONAL INTRA-OPERATIVE MONITORING was and is a California company, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XLIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant PACIFIC HOSPITAL OF LONG BEACH was and is a California company, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XLIV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant JOJASO MANAGEMENT, INC. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XLV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant PROGRESSIVE MOTION, INC. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XLVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant MEDICAL INVESTMENT, INC. was and is a Nevada Corporation d/b/a PURE MEDICAL EQUIPMENT,

- 11 -

Re: Dina Hamilton

1  duly organized and existing under the laws of the State of Nevada and doing business in Clark County,

2  Nevada.

3                                            XLVII.

4
5      Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

6  VALLEY VIEW SURGERY CENTER, LIMITED PARTNERSHIP was and is a Nevada Limited

7  Partnership d/b/a MEDICAL DISTRICT SURGERY, duly organized and existing under the laws of the

8  State of Nevada and doing business in Clark County, Nevada.

9                                            XLVIII.

10
11     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

12 MISSION HEALTHCARE SERVICES, INC. was and is a Nevada Corporation, existing under the laws of

13 the State of Nevada and doing business in Clark County, Nevada.

14                                            XLIX.

15     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

16
17 LAS VEGAS RADIOLOGY, LLC was and is a Nevada Limited Liability Company, duly organized and

18 existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

19                                             L.

20     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

21
22 MEDICAL STRATEGY MANAGEMENT, INC. was and is a Nevada Corporation, duly organized and

23 existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

24                                             LI.

25     Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant

26 LUKE R. WATSON, M.D., INC. was and is a California Corporation, existing under the laws of the State

27 of Nevada and doing business in Clark County, Nevada.

28

                                            - 12 -

**LII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant WILSON-McSHANE CORPORATION was and is a Minnesota Corporation, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**LIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant ACS RECOVERY SERVICES, INC. was and is an Illinois Corporation, existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**LIV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto, Defendant HEALTH PLAN OF NEVADA, INC. was and is a Nevada Corporation, duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**LV.**

Plaintiff GLEN LERNER INJURY ATTORNEYS entered into a valid lawyer's contingency retainer agreement with DINA HAMILTON whereby DINA HAMILTON agreed to pay Plaintiff 40% of any award recovered in addition to all costs associated with pursuing his claim for personal injuries against ELVA ORTEGA and her insurance company, American Family Insurance Company.

**LVI.**

GLEN LERNER INJURY ATTORNEYS has recovered personal injury proceeds in the amount of $300,000.00 on behalf of DINA HAMILTON for her claims against ELVA ORTEGA and her insurance company, American Family Insurance Company.

. . .

. . .

Re: Dina Hamilton

**LVII.**

GLEN LERNER INJURY ATTORNEYS is entitled to attorney's fees in the amount of $120,000.00, which is 40% of the "total recovery" per the retainer contract and is entitled to costs in the amount of $45,472.12.

**LVIII.**

Each of the Defendants herein is owed money and has an existing lien on DINA HAMILTON's settlement for medical services and treatment provided to him from a motor vehicle accident that occurred on 01/05/07 in Clark County, Nevada.

**LIX.**

Each of the Defendants claim some right, entitlement, interest or benefit of the settlement funds based upon an existing lien.

**LX.**

The amount of the liens for medical treatment and services collectively, exceeds the amount of the settlement funds available.

**LXI.**

GLEN LERNER INJURY ATTORNEYS cannot safely determine without hazard to itself, to whom the proceeds of the settlement should be paid, and how the proceeds should be divided.  As such, it has become necessary to file the Complaint for Interpleader.

**LXII.**

GLEN LERNER INJURY ATTORNEYS has brought this Complaint in good faith and without collusion with any parties hereto.  As directed by the Court, GLEN LERNER INJURY ATTORNEYS will deposit the sum of $300,000.00 and said proceeds may be held by the Court, or its designee, pending the resolution of the competing claims of the parties herein.

- 14 -

Re: Dina Hamilton

## LXIII.

Plaintiff is entitled to a full and final release of all medical liens in exchange for individual amounts to be determined by the Court.

WHEREFORE, Plaintiff GLEN LERNER INJURY ATTORNEYS expressly reserving its right to amend its Complaint at the time of the hearing of the action herein to include all Defendants not yet ascertained, prays as follows:

1.      That Defendants appear and answer to establish whatever claims they have with respect to the settlement proceeds;

2.      That the Court order immediate payment to GLEN LERNER INJURY ATTORNEYS out of the Interpleader funds the amount of $120,000.00 for attorney's fees and the sum of $45,472.12 for its costs based upon its valid lien and pursuant to its statutory priority;

3.      That the Court determine which of the parties is entitled to the proceeds of the award and to what extent each party shall rightfully be paid;

4.      That the Court award reasonable attorney's fees to the undersigned counsel by reason of necessity of bringing this action;

5.      For costs incurred herein; and

6.      That the Court afford any further relief as it may deem just and proper.

DATED this 11th day of April, 2013.

GLEN LERNER INJURY ATTORNEYS

Justin Q. Randall, Esq.
Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Attorney for Plaintiff

– 15 –

Re: Dina Hamilton