Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
bcloveland@bhfs.com

*Attorneys for the Construction Industry and Laborers Health and Welfare Trust and Defendant Wilson-McShane Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLEN LERNER INJURY ATTORNEYS, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAKE MEAD EMERGENCY PHYSICIANS, LLC, a Nevada Limited Liability Company; CMRE FINANCIAL SERVICES, INC., a California Corporation; NORTH VISTA HOSPITAL, INC., a Delaware Corporation; ORSOSITO, LIMITED LIABILITY COMPANY, a Nevada Limited Liability Company d/b/a COMPLETE CARE MEDICAL CENTER; JAGET, LTD., a Nevada Corporation d/b/a SPINAL REHABILITATION CENTERS; CHW NEVADA IMAGING COMPANY, LLC, a Nevada Limited Liability Company d/b/a NEVADA IMAGING CENTERS; HEALTHCARE SYSTEMS, INC., a Washington Corporation d/b/a HSI; AGATA-VENGER PARTNERSHIP, LLP, a Nevada Limited Liability Partnership d/b/a WESTERN REGIONAL CENTER FOR BRAIN AND SPINE SURGERY; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada Limited Liability Company; SUNRISE MOUNTAINVIEW | CASE NO. 2:13-cv-00896-APG-GWF<br><br>**ORDER GRANTING WILSON-MCSHANE CORPORATION'S MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR SERVICE BY PUBLICATION** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

| | |
|---|---|
| 1 | HOSPITAL, INC., a Nevada Corporation; WEST VALLEY IMAGING LIMITED PARTNERSHIP, a Nevada Limited Partnership; NEVADA CREDICO, INC., a Nevada Corporation d/b/a QUANTUM COLLECTIONS; CENTENNIAL PAIN RELIEF NETWORK, INC., a Nevada Corporation d/b/a CENTENNIAL SPINE & PAIN; MOUNTAIN REHABILITATION SERVICES; MOIHARWIN DIVERSIFIED CORPORATION, a Nevada Corporation d/b/a VEGAS VALLEY COLLECTION SERVICE; LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATION, LLP, a Nevada Limited Liability Partnership; DESERT ORTHOPAEDIC CENTER, LTD., a Nevada Corporation; ORTHOPAEDIC MOTION, INC., a Nevada Corporation; CANYON MEDICAL BILLING, LLC, a Nevada Limited Liability Company; MED-CARE SOLUTIONS, LLC, a Nevada Limited Liability Company; NEW CENTURY REHABILITATION, LLC, Nevada Limited Liability Company d/b/a MATT SMITH PHYSICAL THERAPY; SDMI LIMITED PARTNERSHIP, a Nevada Limited Partnership d/b/a STEINBERG DIAGNOSTICS; KEY HEALTH MEDICAL SOLUTIONS, INC., a California Corporation; RED ROCK DIAGNOSTICS, a Nevada Limited Liability Company; BRIAN A. LEMPER, D.O., a Nevada Corporation; CARE REHAB AND ORTHPAEDIC PRODUCTS, INC., a Virginia Corporation d/b/a/ PROGENIX; JOSEPH J. SCHIFINI, M.D., LTD., a Nevada Corporation; RADAR MEDICAL GROUP, LLP, a Nevada Limited Liability Partnership; DIAGNOSTIC IMAGING OF SOUTHERN NEVADA LIMITED PARTNERSHIP, a Nevada Limited Partnership; INSTITUTE OF ORTHOPAEDIC SURGERY, LLC, a Nevada Limited Liability Company; NEVADA ORTHOPAEDIC & SPINE CENTER, LLP, a Nevada Limited Liability Partnership; JEFFREY D. GROSS, M.D., INC., a California Corporation d/b/a COMPREHENSIVE INJURY INSTITUTE; OASIS WELLNESS CENTER, LLC, a California Limited Liability Corporation; PAIN INSTITUTE OF NEVADA, INC., Nevada Corporation; JORGENSON & KOKA, LLP, a Nevada Limited Liability Partnership d/b/a |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

020052\0306\10604037.1

| | |
|---|---|
| 1 | PRIMARY CARE CONSULTANTS; CARDIO VASCULAR PLUS, INC., a California Corporation; NATIONWIDE CREDIT RECOVERY, a California corporation; TOM BROOKS LLC, a Nevada Limited Liability Company d/b/a TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE; PRACTICE ADMINISTRATIVE CONSULTANTS, a California Corporation d/b/a COAST RADIOLOGY AND IMAGING; DIOGENES ANESTHESIA MEDICAL GROUP, INC., a California Corporation; NATIONAL INTRA-OPERATIVE MONITORING; PACIFIC HOSPITAL OF LONG BEACH; JOJASO MANAGEMENT, INC., a Nevada Corporation; PROGRESSIVE MOTION, INC., a Nevada Corporation; MEDICAL INVESTMENT, INC., a Nevada Corporation d/b/a PURE MEDICAL EQUIPMENT; VALLEY VIEW SURGERY CENTER, LIMITED PARTNERSHIP, a Nevada Limited Partnership d/b/a MEDICAL DISTRICT SURGERY; MISSION HEALTHCARE SERVICES, INC., a California Corporation; LAS VEGAS RADIOLOGY, LLC, a Nevada Limited Liability Company; MEDICAL STRATEGY MANAGEMENT, INC., a Nevada Corporation; LUKE R. WATSON, M.D., INC., a California Corporation; WILSON-MCSHANE CORPORATION, a Minnesota Corporation; ACS RECOVERY SERVICES, INC., an Illinois Corporation; HEALTH PLAN OF NEVADA, INC., a Nevada Corporation; DOES I-V; and ROE CORPORATIONS I-V; |
| | Defendants. |
| | WILSON-MCSHANE CORPORATION, a Minnesota Corporation, |
| | Counterplaintiff, |
| | v. |
| | GLEN LERNER INJURY ATTORNEYS, a Nevada Corporation, |
| | Counterdefendant. |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

020052\0306\10604037.1

3

| |
|---|
| WILSON-MCSHANE CORPORATION, a Minnesota Corporation,<br>　　　　　　　　　　Third Party Plaintiff,<br>v.<br>DINA HAMILTON, an individual<br>　　　　　　　　　　Third Party Defendant. |

This matter comes before the Court on Third Party Plaintiff Wilson-McShane Corporation's ("Wilson") Motion for Extension of Time and Service by Publication. The current deadline for service of process is September 25, 2013. Wilson seeks an extension of the deadline to December 24, 2013, and leave for service by publication. Nevada Rule of Civil Procedure 4(e)(1)(i) permits service by publication by court order if (1) the person cannot be found within the state, (2) a cause of action exists against that person, and (3) the person is a necessary or proper party to the action. Federal Rule of Civil Procedure 4(m) permits an extension of time for service upon a showing of good cause. The Court finds Wilson has diligently attempted to serve Defendant Dina Hamilton ("Hamilton"), a cause of action exists against Hamilton, and Hamilton is a proper party to the action. The Court also finds Wilson established good cause for an extension of time to permit service by publication.

Accordingly,

**IT IS HEREBY ORDERED** that Wilson's Motion for Extension of Time for Service of Process and for Service by Publication **GRANTED.**

**IT IS FURTHER ORDERED** that the summons shall be published at least once a week in the Nevada Legal News, for a total of four weeks.

4

020052\0306\10604037.1

**IT IS FURTHER ORDERED** that pursuant to Nevada Rule of Civil Procedure 4(e)(1)(iii), a copy of the summons and complaint be mailed to 3624 Iverson Lane, North Las Vegas, Nevada 89032 via United States Postal Service First Class Mail.

**IT IS FURTHER ORDERED** that service shall be deemed complete at the expiration of four weeks of publication in the Nevada Legal News or four weeks after mailing a copy of the complaint and summons to 3624 Iverson Lane, North Las Vegas, Nevada 89032, whichever event occurs later.

**IT IS FURTHER ORDERED** that the deadline to serve is extended ninety (90) days, from September 25, 2013 to December 24, 2013.

DATED this  5th  day of  August , 2013.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs