**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GLEN LERNER INJURY ATTORNEYS, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00896-APG-GWF |
| vs. | ) | **ORDER** |
| LAKE MEAD EMERGENCY PHYSICIANS, LLC*, et al.*, | ) | Motion to Withdraw as Counsel (#22) |
| Defendants. | ) | |

   This matter comes before the Court on Jason G. Weiner, Esq.'s Motion to Withdraw as Counsel of Record for Defendant Orsosito, LLC ("Orsosito") (#22), filed on August 5, 2013. Mr. Weiner represents that Orsosito has failed to uphold the financial end of its agreement with Mr. Weiner. The Court finds that Mr. Weiner establishes good cause to withdraw as counsel. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

   **IT IS HEREBY ORDERED** that Jason Weiner, Esq.'s Motion to Withdraw as Counsel of Record for Defendant Orsosito, LLC (#22) is **granted**.

   **IT IS FURTHER ORDERED** that Orsosito, LLC must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Orsosito shall have 14 days from the date of this Order to retain new counsel.

...

...

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Orsosito, LLC to the civil docket in this case: 2325 W. Charleston Blvd., Las Vegas, Nevada 89012;
2. Serve Orsosito, LLC with a copy of this Order at the address listed above.

DATED this 6th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge